IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-36-CAR-CHW |
| ISAIAH WASHINGTON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON CONSENT MOTION TO CONTINUE TRIAL**

Before the Court is the Defendant Isaiah Washington's Consent Motion to Continue [Doc. 40] the pretrial hearing scheduled for July 21, 2022, and the trial which is set to begin on August 8, 2022, in Athens, Georgia. On August 12, 2021, the Grand Jury returned an indictment charging Defendant with one count of Distribution of Child Pornography and one count of Possession of Child Pornography. On August 19, 2021, Defendant pled not guilty at his arraignment and was released on an unsecured bond.

In the instant Motion, Defense Counsel represents that additional time is needed for Defendant's expert to finalize his report, to meet with Defendant to review the report, and to prepare for trial. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant additional time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Thus, Defendant's Consent Motion to Continue Trial [Doc. 40] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 14th day of July, 2022.

                                       s/ C. Ashley Royal
                                       C. ASHLEY ROYAL, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT