IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | |
| : | No. 3:21-CR-36 (CAR) |
| **ISAIAH WASHINGTON,** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER ON MOTION TO SEAL

Before the Court is Defendant Isaiah Washington's Motion to File Under Seal. For good cause shown, it is hereby **ORDERED** that Defendant's Motion to File Under Seal [Doc. 61] be **GRANTED**. Exhibit 1 of the Defendant's Sentencing Memorandum, the Psychosexual Evaluation conducted by Dr. Christopher Tillitski, shall be filed under seal. The Clerk of Court is directed to limit access to these exhibits to the parties in the above-styled action and approved court personnel only.

**SO ORDERED,** this 6th day of September, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT